JS-6

ROTHNER, SEGALL & GREENSTONE
GLENN ROTHNER (CSB No. 67353)
E-Mail: grothner@rsglabor.com
MICHELE SHERER ANCHETA (CSB No. 192039)
E-Mail: mancheta@rsglabor.com
510 South Marengo Avenue
Pasadena, California 91101-3115
Telephone: (626) 796-7555
Facsimile: (626) 577-0124

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

Attorneys for Plaintiff, SEIU UHW-WEST and
JOINT EMPLOYER EDUCATION FUND

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SEIU UHW-WEST and JOINT EMPLOYER EDUCATION FUND,<br><br>Plaintiff,<br><br>v.<br><br>INTEGRATED HEALTHCARE HOLDINGS, INC.; COASTAL COMMUNITIES HOSPITAL, INC. dba COASTAL COMMUNITIES HOSPITAL; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. SACV14-01762-DOC (ANx)<br><br>Hon. David O. Carter<br><br>JUDGMENT [15] |

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**:

1. That Defendants Integrated Healthcare Holdings, Inc. and Coastal Communities Hospital, Inc. dba Coastal Communities Hospital immediately pay the amount of $14,533.68 for amounts owed pursuant to the December 2009 - December 2013 audit;

/ / /

/ / /

1

2. That Defendants pay interest at the rate **prescribed under 26 U.S.C. § 6621** from the date the contributions were due to the date the contributions are paid in full, amount to be determined;

3. That Defendants pay attorneys fees and costs of suit incurred herein in the amount of $2,400.00 in attorneys' fees and $580.21 in costs for a total due of $2,980.21.

DATED: March 2, 2015

*David O. Carter*
HONORABLE DAVID O. CARTER
U.S. DISTRICT COURT JUDGE